```
                          United States Bankruptcy Court
                            Northern District of Ohio
Hansen,
            Plaintiff                                         Adv. Proc. No. 18-03076-maw

Wells Fargo Bank, NA,
            Defendant              CERTIFICATE OF NOTICE
District/off: 0647-3         User: skrie              Page 1 of 1            Date Rcvd: Feb 25, 2019
                             Form ID: pdf701          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2019.
```
pla            +Ashleigh D. Hansen,    429 Lawrence Street,    Sandusky, OH 44870-2319
intp           +Wells Fargo Bank, NA,    101 North Phillips Avenue,    Sioux Falls, SD 57104-6714
dft            +Wells Fargo Bank, NA,    Attn: Timothy J. Sloan, CEO,    420 Montgomery Street,
                 Corporate Office Headquarters,   San Francisco, CA 94163-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2019 at the address(es) listed below:
```
              Eric R. Neuman    on behalf of Plaintiff Ashleigh D. Hansen eric@drlawllc.com,
               kim@drlawllc.com;r50765@notify.bestcase.com;Adam@drlawllc.com;Ray@drlawllc.com;leanne@drlawllc.co
               m
              Jonathan S. Hawkins    on behalf of Interested Party    Wells Fargo Bank, NA
               jonathan.hawkins@thompsonhine.com,    ECFDocket@thompsonhine.com;thdaytonecf@thompsonhine.com
              Jonathan S. Hawkins    on behalf of Defendant    Wells Fargo Bank, NA
               jonathan.hawkins@thompsonhine.com,    ECFDocket@thompsonhine.com;thdaytonecf@thompsonhine.com
              Scott A. King    on behalf of Defendant    Wells Fargo Bank, NA scott.king@thompsonhine.com,
               diane.macleod@thompsonhine.com;diana.davis@thompsonhine.com;ECFDocket@thompsonhine.com
              Scott A. King    on behalf of Interested Party    Wells Fargo Bank, NA scott.king@thompsonhine.com,
               diane.macleod@thompsonhine.com;diana.davis@thompsonhine.com;ECFDocket@thompsonhine.com
                                                                                             TOTAL: 5
```

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



_____
Mary Ann Whipple
United States Bankruptcy Judge

**Dated: February 25 2019**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 18-32058 |
| | ) | |
| Ashleigh D. Hansen | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Adv. Pro. No. 18-03076 |
| | ) | |
| Ashleigh D. Hansen | ) | Hon. Mary Ann Whipple |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Wells Fargo Bank, NA | ) | |
| | ) | |
| Defendant(s). | ) | |

### ORDER TO SHOW CAUSE

This adversary comes before court upon Plaintiff's failure to submit an Agreed Entry in this matter by February 21, 2019, as reported to the Court at the pretrial conference on Plaintiff's Complaint held on January 31, 2019. It is therefore

**ORDERED THAT THE PLAINTIFF SHOW CAUSE** as to why this Adversary Proceeding should not be **DISMISSED** for want of prosecution, by filing an Agreed Entry or

Status Report, or by filing another response to this show cause order; and

**IT IS FURTHER ORDERED** that the Agreed Entry, Status Report, or other response must be **RECEIVED BY AND FILED WITH** the Office of the Clerk, United States Bankruptcy Court, 411 U.S. Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, 43604, **NO LATER THAN MARCH 11, 2019, BY 4:00 P.M.** or this Adversary Proceeding shall be **DISMISSED,** without prejudice, without further notice or opportunity for hearing.

# # #