UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| In re: | * | Case No. 18-32058 |
| --- | --- | --- |
|  |  | Chapter 7 Proceeding |
| Ashleigh D. Hansen | * | Judge Mary Ann Whipple |
|  |  | Adv. Proceeding No. 18-03076 |
|  | * |  |
| Debtor |  |  |
|  | * |  |
| Ashleigh D. Hansen | * |  |
| Plaintiff | * |  |
| vs. |  |  |
|  | * |  |
| Wells Fargo Bank, N.A. |  |  |
|  | * |  |
| Defendant |  |  |
|  | * |  |

**RESPONSE TO ORDER TO SHOW CAUSE**

Now comes the Plaintiff, Ashleigh D. Hansen ("Plaintiff"), by and through counsel, and hereby files this Response to the Court's Order to Show Cause as entered at Docket Number 14. For this Response, the Plaintiff would state that she and the Defendant, Wells Fargo Bank, N.A., have entered into a settlement agreement, but that all the terms of the settlement agreement have yet to be implemented. The Plaintiff, however, anticipates that all the terms of the settlement agreement will be implemented in the near future.

**WHEREFORE,** the Plaintiff would request that this Court permit the Parties an additional 30 days to implement the settlement agreement, and that the Court either, in its discretion, set this matter for a further PreTrial or provide that the Parties are to provide a status

1

report to the Court within 30 days, and that the Court enter any other relief in favor of the Plaintiff it deems to be just and equitable.

Respectfully submitted

*/s/Eric R. Neuman*
Eric R. Neuman (0069794)
DILLER & RICE
Attorney for Plaintiff
1105-1107 Adams Street
Toledo, Ohio 43604
Phone: (419) 724-9047
Fax: (419) 238-4705
eric@drlawllc.com

## CERTIFICATION

I, Eric R. Neuman, do hereby certify that a copy of the foregoing Response to the Court's Order to show cause was mailed or electronically sent this 9th day of March 2019, to the following as indicated.

*/s/Eric R. Neuman*
Eric R. Neuman

**Notice will be electronically mailed to the following**:

- **Jonathan S. Hawkins**  jonathan.hawkins@thompsonhine.com, ECFDocket@thompsonhine.com;thdaytonecf@thompsonhine.com
- **Scott A. King**  scott.king@thompsonhine.com, diane.macleod@thompsonhine.com;diana.davis@thompsonhine.com;ECFDocket@thompsonhine.com
- **Eric R. Neuman**  eric@drlawllc.com, kim@drlawllc.com;r50765@notify.bestcase.com;Adam@drlawllc.com;Ray@drlawllc.com;leanne@drlawllc.com
- **United States Trustee**  (Registered address)@usdoj.gov